PER CURIAM.
Affirmed. Union Oil of California v. Watson, 468 So.2d 349 (Fla. 3d DCA), review denied, 479 So.2d 119 (Fla.1985); Warriner v. Burdines, Inc., 93 So.2d 108 (Fla.1957); Della-Donna v. Nova University, Inc., 512 So.2d 1051 (Fla. 4th DCA 1987); Yoder v. Adriatico, 459 So.2d 449 (Fla. 5th DCA 1984); McMurray v. U-Haul Co., 425 So.2d 1208 (Fla. 4th DCA 1983); South Florida Beverage Corp. v. Figueredo, 409 So.2d 490 (Fla. 3d DCA 1981), re *1057 view denied, 417 So.2d 329 (Fla.1982), cert. denied, 459 U.S. 881, 103 S.Ct. 178, 74 L.Ed.2d 146 (1982); Blue v. Weinstein, 381 So.2d 308 (Fla. 3d DCA 1980); Baker & Co., Florida v. Goding, 317 So.2d 118 (Fla. 3d DCA 1975), cert. denied, 328 So.2d 840 (Fla.1976); Bal Harbour Shops, Inc. v. Greenleaf & Crosby Co., 274 So.2d 13 (Fla. 3d DCA 1973); Wilcox v. Atkins, 213 So.2d 879 (Fla. 2d DCA 1968).